# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

            Plaintiff(s)

  v.

COINBASE, INC.

            Defendant(s).

Case No.  3:17-cv-01431-JSC

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

☐ **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: June 13, 2017          NAME: STEVEN A. ELLIS

COUNSEL FOR (OR "PRO SE"): Defendant, Coinbase, Inc.

/s/ Steven A. Ellis
*Signature*



1 **CERTIFICATE OF SERVICE**

2 I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3 United States District Court for the Northern District of California by using the CM/ECF system

4 on **June 13, 2017**. I further certify that all participants in the case are registered CM/ECF users

5 and that service will be accomplished by the CM/ECF system.

6 I certify under penalty of perjury that the foregoing is true and correct.

7 Executed **June 13, 2017**.

8 /s/ Steven A. Ellis
  STEVEN A. ELLIS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28