Theodore H. Frank (SBN 196332)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L Street, NW, 7th Floor
Washington, D.C. 20006
Tel.: 202.331.2263
Fax.: 202.331.0640
Email: Ted.Frank@cei.org

Attorney for *Amicus Curiae*
COMPETITIVE ENTERPRISE INSTITUTE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>COINBASE, INC.,<br><br>　　　　Respondent. | Case No. 3:17-cv-01431-JSC<br><br>**NOTICE OF MOTION AND MOTION OF COMPETITIVE ENTERPRISE INSTITUE FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN OPPOSITION TO PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>Courtroom:　F (15th Floor)<br>Judge:　Hon. Jacqueline Scott Corley |

NOTICE OF MOTION AND MOTION OF COMPETITIVE
ENTERPRISE INSTITUTE TO FILE AMICUS BRIEF
IN OPPOSITION TO PETITION TO ENFORCE SUMMONS

Case No. 3:17-CV-01431-JSC

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE THAT the Competitive Enterprise Institute hereby moves the Court pursuant to Civil L.R. 7-11 for leave to file a brief *amicus* curiae in the above-captioned case in support of respondent Coinbase. A copy of the proposed amicus brief is appended as an exhibit to this motion. Coinbase and the Intervenor consent to this motion; the government opposes it.

## I. STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

District courts have discretion to permit non-parties to participate in a case as *amici curiae*. *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 U.S. Dist. LEXIS 4467, at *7 (N.D. Cal. Jan. 9, 2007). Such discretion is generally exercised liberally, as there are no strict prerequisites that must be met to qualify for *amicus* status. *Id.* at *8. The sole criterion is that the applicant must demonstrate that its "participation is useful or otherwise desirable to the court." *Id.* (quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)). Trial courts frequently accept *amicus* briefs from non-parties where the legal issues in a case "have potential ramifications beyond the parties directly involved." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)). This is just such a case. And the parties and the Court have previously contemplated that *amicus* briefs will be filed in this very case. *See* Stipulation and Order, ECF No. 22, at 3 (stipulating that several parties "have indicated that they may wish to file amicus curiae briefs in this action"), *id.* at 7 (setting August 3 due date for amicus briefs).

## II. STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE*

Founded in 1984, Competitive Enterprise Institute (CEI) is a public interest organization dedicated to protecting limited government and individual liberty. CEI, which is independent of the parties to this action (and has no ties to them), has extensive experience with the subjects addressed in their *amicus curiae* brief – such as the role of virtual currencies, the privacy and property implications of broad government data demands in the information age, and the use and misuse of government subpoenas.[1]

---

[1] *See, e.g.,* Jim Harper & Andreas Kohl, Competitive Enterprise Institute, *Help the World's Poor with a Bitcoin and Blockchain Future*, ValueWalk, May 4, 2017 (available in Westlaw); *IRS*

1

NOTICE OF MOTION AND MOTION OF COMPETITIVE
ENTERPRISE INSTITUTE TO FILE AMICUS CURIAE BRIEF
IN OPPOSITION TO PETITION TO ENFORCE SUMMONS

Case No. 3:17-CV-01431-JSC

CEI has no parent companies or stockholders and no financial interest in this action.

### III. AMICUS CURIAE'S EXPERTISE WILL BENEFIT THIS COURT

On the basis of its research in and familiarity with the fields of virtual currency, data privacy, financial markets, and related areas of law, *amicus* meets the broad discretionary standard for filing an amicus curiae brief. Moreover, CEI's brief contains an alternative legal theory for quashing the subpoena that complements the arguments of Coinbase and the intervenor. Thus, it has "unique information [and] perspective that can help the [C]ourt," by adding scientific context to this record evidence. *Sonoma Falls*, 272 F. Supp. 2d at 925. Moreover, "the potential ramifications [of this case] beyond the parties directly involved" are broad, as the outcome will determine the scope of the privacy rights of virtual currency users – and customers of financial institutions more generally. *Id.*

### IV. THIS MOTION IS TIMELY

This motion has been filed within the time anticipated for seeking leave to file an *amicus* brief.  *See* May 30 order setting briefing schedule (ECF No. 22) at 7 ("August 3, 2017" is the due date for "any motions for leave to file amicus curiae briefs").

### V. CONCLUSION

For the foregoing reasons, CEI respectfully requests this Court's leave to submit the attached brief *amici curiae*.

Respectfully submitted,

Dated: August 3, 2017         By:      /s/ Theodore H. Frank
                                       THEODORE H. FRANK  (SBN 196332)

                                       Attorney for *Amicus Curiae*
                                       COMPETITIVE ENTERPRISE INSTITUTE

---

*Demands Private Consumer Data from Bitcoin Exchange,* Heartland Institute, January 26, 2017 (quoting Jim Harper about the market for Bitcoin and the IRS subpoena); Jim Harper, *The IRS Just Declared War on Bitcoin Privacy*, The Freeman, Nov. 21, 2016; Walter Olson, *Is New York's Climate-Speech Probe Constitutional?*, Cato Institute, Feb. 9, 2016 (quoting CEI lawyer about legal issues raised by government document demands); *IRS Proposed Rules Could Illegally Restrict Speech*, CNS News, Feb. 28, 2014 (CEI lawyer discusses IRS and targeting of Tea Party).

2

NOTICE OF MOTION AND MOTION OF COMPETITIVE                Case No. 3:17-CV-01431-JSC
ENTERPRISE INSTITUTE TO FILE AMICUS CURIAE BRIEF
IN OPPOSITION TO PETITION TO ENFORCE SUMMONS

**CERTIFICATE OF SERVICE**
*United States of America v. Coinbase, Inc.*
N.D. Cal Case No. 3: 17-cv-01431-JSC

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 3, 2017**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 3, 2017**.

/s/ Theodore H. Frank____
THEODORE H. FRANK

NOTICE OF MOTION AND MOTION OF COMPETITIVE
ENTERPRISE INSTITUTE TO FILE AMICUS CURIAE BRIEF
IN OPPOSITION TO PETITION TO ENFORCE SUMMONS

Case No. 3:17-CV-01431-JSC