UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,
        Petitioner,

v.

COINBASE, INC., et al.,
        Respondents.

Case No. 17-cv-01431-JSC

**JUDGMENT**

The Court, having granted in part and denied in part the Government's petition to enforce the IRS summons by Order filed November 28, 2017, enters judgment in favor of Petitioner and against Respondents.

Coinbase is ORDERED to produce the following documents for accounts with at least the equivalent of $20,000 in any one transaction type (buy, sell, send, or receive) in any one year during the 2013 to 2015 period:

    (1) the taxpayer ID number,

    (2) name,

    (3) birth date,

    (3) address,

    (4) records of account activity including transaction logs or other records identifying the date, amount, and type of transaction (purchase/sale/exchange), the post transaction balance, and the names of counterparties to the transaction, and

    (5) all periodic statements of account or invoices (or the equivalent).

**IT IS SO ORDERED.**

Dated: November 29, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge